UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

                                         4:07cv319-SPM/WCS

v.

SPENCER GARRETT MILTON,

    Defendant.
_____/

## **STIPULATED FINAL JUDGMENT**

THIS CAUSE having come before this Court on the Joint-Motion for Entry of Stipulated Final Judgment entered into between the Plaintiff, United States of America, and the Defendant, Spencer Garrett Milton,

IT IS HEREBY ORDERED as follows:

1. Final Judgment is granted in the amount of $153,849.62 in favor of the United States of America.

2. The United States of America will not take any action to collect on this Judgment if the following conditions are met by Spencer Garrett Milton:

    a. Spencer Garret Milton shall pay to the United States of America the sum of $35,000.00 on or before July 1, 2008; and

    b) Spencer Garret Milton shall pay to the United States of America a second sum of $35,000.00 on or before December 31, 2008.

3. Upon completion of the payments set forth in paragraph 2 above, the United States of

America shall have no further claims against Spencer Garrett Milton whether they be existing and/or potential claims with respect to the dispute at issue in this matter, and all terms and conditions of this Stipulated Final Judgment shall be considered satisfied.

    4.  In the event that Spencer Garrett Milton fails to complete the payments as set forth in paragraph 2 above, the United States of America shall be entitled to recover the amount of $153,849.62 , in addition to post-judgment interest that would have otherwise accrued from and after the date of entry of this Stipulated Final Judgment.

    SO ORDERED  this 14th day of March, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge